UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD R. WAKELEY, JR,<br><br>                        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA,<br><br>                        Defendant. | NO: 13-CV-0109-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT are Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 22), a Motion for Extension of Time to Amend Complaint (ECF No. 20), and a Motion Requesting Legal Party Status (ECF No. 18). Plaintiff, a prisoner at the Monroe Correctional Complex, Twin Rivers Unit, is proceeding *pro se* and *in forma pauperis.*

Plaintiff seeks to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a). Because Defendants have not been served in this action, Plaintiff has an absolute right to dismiss his case. Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS HEREBY ORDERED:**

Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 22) is **GRANTED**. Plaintiff's Complaint is **DISMISSED without prejudice**. All pending Motions are **DENIED as moot.**

The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **CLOSE** the file.

**DATED** July 24, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2